Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−12164−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Matthew P Arrowood
1804 MacDougall Terrace
Millville, NJ 08332

Tiffany N Arrowood
aka Tiffany N Lawrence
1804 MacDougall Terrace
Millville, NJ 08332

Social Security No.:
xxx−xx−7997

xxx−xx−5636

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on May 19, 2023.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 19, 2023
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Matthew P Arrowood  
Tiffany N Arrowood  
    Debtors

Case No. 20-12164-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: May 19, 2023      Form ID: 148      Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew P Arrowood, Tiffany N Arrowood, 1804 MacDougall Terrace, Millville, NJ 08332-4645 |
| 518704057 | + | Bridgeton Onized FCU, 2550 S Main Rd, Vineland, NJ 08360-7138 |
| 518704058 | + | Bridgeton Onized Federal Credit Union, 2550 S. Main Rd., Vineland, NJ 08360-7138 |
| 518704061 | + | Christopher P. Odogbili c/o Pressler and, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 518704062 | + | Comcast - Billing Department, PO Box 775, Turnersville, New Jersey 08012-0775 |
| 518704064 | + | Delaware E-Z Pass Violations Center, PO Box 697, Dover, DE 19903-0697 |
| 518704066 | + | Hy Cite Finance, PO Box 2904, Milwaukee, WI 53201-2904 |
| 518704067 | + | Inspira, POB 650292, Dallas, TX 75265-0292 |
| 518704068 | + | Law Office of Faloni Assoc., 165 Passaic Ave. Suite 301B, Fairfield, NJ 07004-3592 |
| 518704069 | + | Liberal Finance, 1160 Parsippany Blvd, POB 6, Parsippany, NJ 07054-0006 |
| 518704071 | + | McCabe, Weisberg & Conway, PC, 216 Haddon ave. Suite 201, Westmont, NJ 08108-2818 |
| 518732644 | + | Members 1st of NJ Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 518704074 | + | Pam, LLC, PO Box 430, Milwaukee, WI 53201-0430 |
| 518704079 | + | Regional Diagnostic Imaging, LLC., 2527 Cranberry Hwy., Wareham, Massachusetts 02571-1046 |
| 518704081 | | Rushmore Services Center, PO Box 5508, Sioux Falls, SD 57117 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 19 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 19 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | May 19 2023 20:38:00 | U.S. Bank Trust National Association, Ras Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518704054 | + | Email/Text: bankruptcies@amerassist.com | May 19 2023 20:39:00 | Amer Assist, PO Box 26095, Colombus, OH 43226-0095 |
| 518704055 | + | Email/Text: bankruptcy@pepcoholdings.com | May 19 2023 20:38:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 518724866 | + | Email/Text: bankruptcy@pepcoholdings.com | May 19 2023 20:38:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133, Mailstop 84Cp42, Carney's Point, NJ 08069-3600 |
| 518704056 | + | Email/Text: ecfbnc@aldridgepite.com | May 19 2023 20:38:00 | Bayview Loan Servicing, c/o Brian S. Fairman, Aldridge Pite, LLP, 4375 Jutland Drive, Ste. 200, PO Box 17933, San Diego, CA 92177-7921 |

Case 20-12164-JNP    Doc 45    Filed 05/21/23    Entered 05/22/23 00:14:46    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 19, 2023 | Form ID: 148 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| 518797856 | + | EDI: LCIBAYLN | May 20 2023 00:27:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 518704063 | | Email/Text: customercareus@creditcorpsolutionsinc.com | May 19 2023 20:37:00 | Credit Corp Solutions, Inc., 63 East 11400 South 408, Sandy, UT 84070 |
| 518704059 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 19 2023 20:40:58 | Carson Smithfield, PO Box 660397, Dallas, TX 75266-0397 |
| 518704060 | + | Email/Text: ngisupport@radiusgs.com | May 19 2023 20:38:00 | Central Credit Services, LLC, PO Box 390913, Minneapolis, MN 55439-0911 |
| 518992925 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 19 2023 20:38:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 518992924 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 19 2023 20:38:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 518704065 | + | Email/Text: bknotice@ercbpo.com | May 19 2023 20:39:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 518711444 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2023 20:40:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518710244 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 19 2023 20:40:02 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518704072 | + | Email/Text: ecrean@membersonenj.org | May 19 2023 20:38:00 | Members 1st FCU, 37 West Landis Ave., Vineland, NJ 08360-8122 |
| 518786173 | + | Email/Text: bankruptcydpt@mcmcg.com | May 19 2023 20:39:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518704073 | ^ | MEBN | May 19 2023 20:36:08 | Northstar Location Services, LLC, 4285 Genesee St., Cheektowaga, NY 14225-1943 |
| 518704076 | | EDI: PRA.COM | May 20 2023 00:27:00 | Portfolio Recovery Assoc. LLC, PO Box 12914, Norfolk, VA 23541 |
| 518764829 | | EDI: PRA.COM | May 20 2023 00:27:00 | Portfolio Recovery Associates, LLC, c/o Toys R Us Credit Card, POB 41067, Norfolk VA 23541 |
| 518704077 | | Email/Text: signed.order@pfwattorneys.com | May 19 2023 20:38:00 | Pressler & Pressler, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 518704075 | + | EDI: CCS.COM | May 20 2023 00:27:00 | Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 518787162 | + | EDI: JEFFERSONCAP.COM | May 20 2023 00:27:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518773874 | | EDI: Q3G.COM | May 20 2023 00:27:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518704080 | + | Email/Text: bkrpt@retrievalmasters.com | May 19 2023 20:39:00 | RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 518704078 | + | Email/Text: Supportservices@receivablesperformance.com | May 19 2023 20:39:00 | Receivables Performance Management, LLC, PO Box 1548, Lynnwood, WA 98046-1548 |
| 518704082 | + | Email/Text: enotifications@santanderconsumerusa.com | May 19 2023 20:39:00 | Santander, POB 961245, Ft Worth, Texas 76161-0244 |
| 518759881 | + | Email/Text: enotifications@santanderconsumerusa.com | May 19 2023 20:39:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 519492327 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 19 2023 20:38:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519492328 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |

Case 20-12164-JNP    Doc 45    Filed 05/21/23    Entered 05/22/23 00:14:46    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 19, 2023 | Form ID: 148 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| | | | May 19 2023 20:38:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518704083 | + | EDI: RMSC.COM | May 20 2023 00:27:00 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 518707487 | + | EDI: RMSC.COM | May 20 2023 00:27:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518704084 | + | EDI: RMSC.COM | May 20 2023 00:27:00 | Toys R Us, PO Box 530938, Atlanta, GA 30353-0938 |
| 519639719 | + | Email/Text: bkteam@selenefinance.com | May 19 2023 20:38:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 519639720 | + | Email/Text: bkteam@selenefinance.com | May 19 2023 20:38:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019, U.S. Bank Trust National Association 75019-6295 |
| 518704085 | + | Email/Text: External.Collections@phoenix.edu | May 19 2023 20:39:00 | University of Phoenix, 4025 S Riverpoint Pkwy, Phoenix, AZ 85040-1908 |
| 518803882 | + | EDI: AIS.COM | May 20 2023 00:27:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Members 1st of NJ Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 518704053 | ##+ | Alltran Financial, LP, PO Box 610, Sauk Rapids, MN 56379-0610 |
| 518704070 | ##+ | Mariner Finance, POB 35394, Baltimore, MD 21222-7394 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 21, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING LLC, A DELAWARE LIMITED LIABILITY COMPANY bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | |

District/off: 0312-1                         User: admin                                    Page 4 of 4
Date Rcvd: May 19, 2023                      Form ID: 148                                Total Noticed: 53

| | |
|---|---|
| | on behalf of Creditor BAYVIEW LOAN SERVICING LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Michael R. DuPont | on behalf of Creditor Members 1st of NJ Federal Credit Union dupont@redbanklaw.com lori@redbanklaw.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank Trust National Association smncina@raslg.com |
| Terry Tucker | on behalf of Joint Debtor Tiffany N Arrowood terrytucker@comcast.net |
| Terry Tucker | on behalf of Debtor Matthew P Arrowood terrytucker@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9