Form plncf13 – ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−12164−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Matthew P Arrowood
1804 MacDougall Terrace
Millville, NJ 08332

Tiffany N Arrowood
aka Tiffany N Lawrence
1804 MacDougall Terrace
Millville, NJ 08332

Social Security No.:
xxx−xx−7997

xxx−xx−5636

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 2, 2023.

Dated: August 2, 2023
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Matthew P Arrowood  
Tiffany N Arrowood  
    Debtors

Case No. 20-12164-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Aug 02, 2023      Form ID: plncf13      Total Noticed: 54

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew P Arrowood, Tiffany N Arrowood, 1804 MacDougall Terrace, Millville, NJ 08332-4645 |
| 518704057 | + | Bridgeton Onized FCU, 2550 S Main Rd, Vineland, NJ 08360-7138 |
| 518704058 | + | Bridgeton Onized Federal Credit Union, 2550 S. Main Rd., Vineland, NJ 08360-7138 |
| 518704061 | + | Christopher P. Odogbili c/o Pressler and, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 518704062 | + | Comcast - Billing Department, PO Box 775, Turnersville, New Jersey 08012-0775 |
| 518704064 | + | Delaware E-Z Pass Violations Center, PO Box 697, Dover, DE 19903-0697 |
| 518704066 | + | Hy Cite Finance, PO Box 2904, Milwaukee, WI 53201-2904 |
| 518704067 | + | Inspira, POB 650292, Dallas, TX 75265-0292 |
| 518704068 | + | Law Office of Faloni Assoc., 165 Passaic Ave. Suite 301B, Fairfield, NJ 07004-3592 |
| 518704069 | + | Liberal Finance, 1160 Parsippany Blvd, POB 6, Parsippany, NJ 07054-0006 |
| 518704070 | + | Mariner Finance, POB 35394, Baltimore, MD 21222-7394 |
| 518704071 | + | McCabe, Weisberg & Conway, PC, 216 Haddon ave. Suite 201, Westmont, NJ 08108-2818 |
| 518732644 | + | Members 1st of NJ Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 518704074 | + | Pam, LLC, PO Box 430, Milwaukee, WI 53201-0430 |
| 518704079 | + | Regional Diagnostic Imaging, LLC., 2527 Cranberry Hwy., Wareham, Massachusetts 02571-1046 |
| 518704081 | | Rushmore Services Center, PO Box 5508, Sioux Falls, SD 57117 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 02 2023 23:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 02 2023 23:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 02 2023 23:53:00 | U.S. Bank Trust National Association, Ras Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518704054 | + | Email/Text: bankruptcies@amerassist.com | Aug 02 2023 23:55:00 | Amer Assist, PO Box 26095, Colombus, OH 43226-0095 |
| 518704055 | + | Email/Text: bankruptcy@pepcoholdings.com | Aug 02 2023 23:54:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 518724866 | + | Email/Text: bankruptcy@pepcoholdings.com | Aug 02 2023 23:54:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133, Mailstop 84Cp42, Carney's Point, NJ 08069-3600 |
| 518704056 | + | Email/Text: ecfbnc@aldridgepite.com | Aug 02 2023 23:53:00 | Bayview Loan Servicing, c/o Brian S. Fairman, Aldridge Pite, LLP, 4375 Jutland Drive, Ste. 200, |

Case 20-12164-JNP    Doc 59    Filed 08/04/23    Entered 08/05/23 00:19:18    Desc Imaged
                              Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 02, 2023 | Form ID: plncf13 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 17933, San Diego, CA 92177-7921 |
| 518797856 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 02 2023 23:53:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 518704063 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Aug 02 2023 23:53:00 | Credit Corp Solutions, Inc., 63 East 11400 South 408, Sandy, UT 84070 |
| 518704059 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 02 2023 23:51:31 | Carson Smithfield, PO Box 660397, Dallas, TX 75266-0397 |
| 518704060 | + | Email/Text: ngisupport@radiusgs.com | Aug 02 2023 23:53:00 | Central Credit Services, LLC, PO Box 390913, Minneapolis, MN 55439-0911 |
| 518992925 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 02 2023 23:53:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 518992924 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 02 2023 23:53:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 518704065 | + | Email/Text: bknotice@ercbpo.com | Aug 02 2023 23:54:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 518711444 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 02 2023 23:52:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518710244 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 02 2023 23:51:59 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518704072 | + | Email/Text: ecrean@membersonenj.org | Aug 02 2023 23:53:00 | Members 1st FCU, 37 West Landis Ave., Vineland, NJ 08360-8122 |
| 518786173 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 02 2023 23:54:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518704073 | ^ | MEBN | Aug 02 2023 23:46:05 | Northstar Location Services, LLC, 4285 Genesee St., Cheektowaga, NY 14225-1943 |
| 518704076 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2023 00:02:36 | Portfolio Recovery Assoc. LLC, PO Box 12914, Norfolk, VA 23541 |
| 518764829 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2023 00:02:37 | Portfolio Recovery Associates, LLC, c/o Toys R Us Credit Card, POB 41067, Norfolk VA 23541 |
| 518704077 | | Email/Text: signed.order@pfwattorneys.com | Aug 02 2023 23:53:00 | Pressler & Pressler, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 518704075 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 02 2023 23:54:00 | Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 518787162 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 02 2023 23:54:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518773874 | | Email/Text: bnc-quantum@quantum3group.com | Aug 02 2023 23:54:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518704080 | + | Email/Text: bkrpt@retrievalmasters.com | Aug 02 2023 23:54:00 | RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 518704078 | + | Email/Text: Supportservices@receivablesperformance.com | Aug 02 2023 23:54:00 | Receivables Performance Management, LLC, PO Box 1548, Lynnwood, WA 98046-1548 |
| 518704082 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 02 2023 23:54:00 | Santander, POB 961245, Ft Worth, Texas 76161-0244 |
| 518759881 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 02 2023 23:54:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 519492327 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 02 2023 23:53:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |

Case 20-12164-JNP    Doc 59    Filed 08/04/23    Entered 08/05/23 00:19:18    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 02, 2023 | Form ID: plncf13 | Total Noticed: 54 |

| 519492328 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
|---|---|---|---|
| | | Aug 02 2023 23:53:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518704083 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Aug 02 2023 23:51:26 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 518707487 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Aug 03 2023 00:02:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518704084 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Aug 02 2023 23:51:33 | Toys R Us, PO Box 530938, Atlanta, GA 30353-0938 |
| 519639719 | + Email/Text: bkteam@selenefinance.com | | |
| | | Aug 02 2023 23:53:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 519639720 | + Email/Text: bkteam@selenefinance.com | | |
| | | Aug 02 2023 23:53:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019, U.S. Bank Trust National Association 75019-6295 |
| 518704085 | + Email/Text: External.Collections@phoenix.edu | | |
| | | Aug 02 2023 23:54:00 | University of Phoenix, 4025 S Riverpoint Pkwy, Phoenix, AZ 85040-1908 |
| 518803882 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Aug 03 2023 00:02:24 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Members 1st of NJ Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 518704053 | ##+ | Alltran Financial, LP, PO Box 610, Sauk Rapids, MN 56379-0610 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 04, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | |
| | on behalf of Creditor BAYVIEW LOAN SERVICING LLC, A DELAWARE LIMITED LIABILITY COMPANY bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 02, 2023 | Form ID: plncf13 | Total Noticed: 54 |

Denise E. Carlon
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Michael R. DuPont
    on behalf of Creditor Members 1st of NJ Federal Credit Union dupont@redbanklaw.com lori@redbanklaw.com

Sindi Mncina
    on behalf of Creditor U.S. Bank Trust National Association smncina@raslg.com

Terry Tucker
    on behalf of Joint Debtor Tiffany N Arrowood terrytucker@comcast.net

Terry Tucker
    on behalf of Debtor Matthew P Arrowood terrytucker@comcast.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9