| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | Matthew P Arrowood | Social Security number or ITIN | xxx–xx–7997 |
| | First Name  Middle Name  Last Name | EIN __–_____ | |
| Debtor 2 (Spouse, if filing) | Tiffany N Arrowood | Social Security number or ITIN | xxx–xx–5636 |
| | First Name  Middle Name  Last Name | EIN __–_____ | |
| United States Bankruptcy Court  District of New Jersey | | | |
| Case number:  20–12164–JNP | | | |

## Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Matthew P Arrowood

Tiffany N Arrowood
aka Tiffany N Lawrence

3/14/24

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Matthew P Arrowood  
Tiffany N Arrowood  
    Debtors

Case No. 20-12164-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 4  
Date Rcvd: Mar 14, 2024     Form ID: 3180W     Total Noticed: 54

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew P Arrowood, Tiffany N Arrowood, 1804 MacDougall Terrace, Millville, NJ 08332-4645 |
| 518704053 | + | Alltran Financial, LP, PO Box 610, Sauk Rapids, MN 56379-0610 |
| 518704057 | + | Bridgeton Onized FCU, 2550 S Main Rd, Vineland, NJ 08360-7138 |
| 518704061 | + | Christopher P. Odogbili c/o Pressler and, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 518704062 | + | Comcast - Billing Department, PO Box 775, Turnersville, New Jersey 08012-0775 |
| 518704064 | + | Delaware E-Z Pass Violations Center, PO Box 697, Dover, DE 19903-0697 |
| 518704066 | + | Hy Cite Finance, PO Box 2904, Milwaukee, WI 53201-2904 |
| 518704067 | + | Inspira, POB 650292, Dallas, TX 75265-0292 |
| 518704068 | + | Law Office of Faloni Assoc., 165 Passaic Ave. Suite 301B, Fairfield, NJ 07004-3592 |
| 518704069 | + | Liberal Finance, 1160 Parsippany Blvd, POB 6, Parsippany, NJ 07054-0006 |
| 518704070 | + | Mariner Finance, POB 35394, Baltimore, MD 21222-7394 |
| 518704071 | + | McCabe, Weisberg & Conway, PC, 216 Haddon ave. Suite 201, Westmont, NJ 08108-2818 |
| 518732644 | + | Members 1st of NJ Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 518704080 | + | RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 518704078 | #+ | Receivables Performance Management, LLC, PO Box 1548, Lynnwood, WA 98046-1548 |
| 518704079 | + | Regional Diagnostic Imaging, LLC., 2527 Cranberry Hwy., Wareham, Massachusetts 02571-1046 |
| 518704081 | | Rushmore Services Center, PO Box 5508, Sioux Falls, SD 57117 |
| 518707487 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 14 2024 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 14 2024 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 14 2024 20:50:00 | U.S. Bank Trust National Association, Ras Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518704054 | + | Email/Text: bankruptcies@amerassist.com | Mar 14 2024 20:51:00 | Amer Assist, PO Box 26095, Colombus, OH 43226-0095 |
| 518704055 | + | Email/Text: bankruptcy@pepcoholdings.com | Mar 14 2024 20:51:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 518724866 | + | Email/Text: bankruptcy@pepcoholdings.com | Mar 14 2024 20:51:00 | Atlantic City Electric Company, 5 Collins Drive, |

Case 20-12164-JNP    Doc 71    Filed 03/16/24    Entered 03/17/24 00:15:58    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 14, 2024 | Form ID: 3180W | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| | | | | Suite 2133, Mailstop 84Cp42, Carney's Point, NJ 08069-3600 |
| 518704056 | + | Email/Text: ecfbnc@aldridgepite.com | Mar 14 2024 20:51:00 | Bayview Loan Servicing, c/o Brian S. Fairman, Aldridge Pite, LLP, 4375 Jutland Drive, Ste. 200, PO Box 17933, San Diego, CA 92177-7921 |
| 518797856 | + | EDI: LCIBAYLN | Mar 15 2024 00:42:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 518704063 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Mar 14 2024 20:50:00 | Credit Corp Solutions, Inc., 63 East 11400 South 408, Sandy, UT 84070 |
| 518704059 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 14 2024 20:56:07 | Carson Smithfield, PO Box 660397, Dallas, TX 75266-0397 |
| 518704060 | + | Email/Text: ngisupport@radiusgs.com | Mar 14 2024 20:50:00 | Central Credit Services, LLC, PO Box 390913, Minneapolis, MN 55439-0911 |
| 518992925 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 14 2024 20:50:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 518992924 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 14 2024 20:50:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 518704065 | + | Email/Text: bknotice@ercbpo.com | Mar 14 2024 20:51:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 518711444 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2024 20:57:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518710244 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 14 2024 20:57:05 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518704072 | + | Email/Text: ecrean@membersonenj.org | Mar 14 2024 20:50:00 | Members 1st FCU, 37 West Landis Ave., Vineland, NJ 08360-8122 |
| 518786173 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 14 2024 20:51:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518704073 | ^ | MEBN | Mar 14 2024 20:48:36 | Northstar Location Services, LLC, 4285 Genesee St., Cheektowaga, NY 14225-1943 |
| 518704076 | | EDI: PRA.COM | Mar 15 2024 00:42:00 | Portfolio Recovery Assoc. LLC, PO Box 12914, Norfolk, VA 23541 |
| 518764829 | | EDI: PRA.COM | Mar 15 2024 00:42:00 | Portfolio Recovery Associates, LLC, c/o Toys R Us Credit Card, POB 41067, Norfolk VA 23541 |
| 518704077 | | Email/Text: signed.order@pfwattorneys.com | Mar 14 2024 20:50:00 | Pressler & Pressler, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 518704074 | | Email/Text: Litigation_Team@navient.com | Mar 14 2024 20:51:00 | Pam, LLC, PO Box 430, Milwaukee, WI 53201 |
| 518704075 | + | EDI: CCS.COM | Mar 15 2024 00:42:00 | Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 518787162 | + | EDI: JEFFERSONCAP.COM | Mar 15 2024 00:42:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518773874 | | EDI: Q3G.COM | Mar 15 2024 00:42:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518704082 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 14 2024 20:51:00 | Santander, POB 961245, Ft Worth, Texas 76161-0244 |
| 518759881 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 14 2024 20:51:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 519492327 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 14, 2024 | Form ID: 3180W | Total Noticed: 54 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 14 2024 20:51:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519492328 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 14 2024 20:51:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518704083 | + | EDI: SYNC | Mar 15 2024 00:42:00 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 518704084 | + | EDI: SYNC | Mar 15 2024 00:42:00 | Toys R Us, PO Box 530938, Atlanta, GA 30353-0938 |
| 519639719 | + | Email/Text: bkteam@selenefinance.com | Mar 14 2024 20:51:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 519639720 | + | Email/Text: bkteam@selenefinance.com | Mar 14 2024 20:51:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019, U.S. Bank Trust National Association 75019-6295 |
| 518704085 | + | Email/Text: External.Collections@phoenix.edu | Mar 14 2024 20:51:00 | University of Phoenix, 4025 S Riverpoint Pkwy, Phoenix, AZ 85040-1908 |
| 518803882 | + | EDI: AIS.COM | Mar 15 2024 00:42:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Members 1st of NJ Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 518704058 | ##+ | Bridgeton Onized Federal Credit Union, 2550 S. Main Rd., Vineland, NJ 08360-7138 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Andrew B Finberg | ecfmail@standingtrustee.com |

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 14, 2024 | Form ID: 3180W | Total Noticed: 54 |

Denise E. Carlon
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Michael R. DuPont
    on behalf of Creditor Members 1st of NJ Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com

Sindi Mncina
    on behalf of Creditor U.S. Bank Trust National Association smncina@raslg.com

Terry Tucker
    on behalf of Joint Debtor Tiffany N Arrowood terrytucker@comcast.net

Terry Tucker
    on behalf of Debtor Matthew P Arrowood terrytucker@comcast.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9