Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20–12164–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Matthew P Arrowood
1804 MacDougall Terrace
Millville, NJ 08332

Tiffany N Arrowood
aka Tiffany N Lawrence
1804 MacDougall Terrace
Millville, NJ 08332

Social Security No.:
xxx–xx–7997                                              xxx–xx–5636

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: April 17, 2024

Jerrold N. Poslusny Jr.
Judge, United States Bankruptcy Court